MICHAEL DOROCHUK, as Administrator of the Estates of IGNATZ COPATZKEVITCH and TONY KRAWOZAK, Deceased, Respondent, Impleaded with Another, *v.* MICHAEL SKROBOT, Appellant, Impleaded with Another.

(Submitted May 11, 1931; decided May 19, 1931.)

*Edgar J. Treacy* for motion.
*James J. Mahoney* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.